ARA V. MARUTYAN
8928 Coast Walk Circle
Las Vegas, Nevada 89117
Tel: (702) 350-5081
In Proper Person

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**MAY 1 6 2016**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARA V. MARUTYAN; ARTHUR
MARUTYAN, DIANA MARUTYAN,
INDIVIDUALS,

       Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, DOES 1 THROUGH 10;
AND ROE ENTITIES 1 THROUGH 10

       Defendants.

**2:16-cv-01089-MMD-GWF**

### <u>CIVIL COMPLAINT PURSUANT TO 42 U.S.C. §1983</u>

#### A. <u>JURISDICTION</u>

1) Ara V. Marutyan, is a citizen of Nevada, who presently resides at 8928 Coast Walk Circle, Las Vegas, Nevada 89117.

2) Arthur Marutyan, is a citizen of Nevada, who presently resides at 8928 Coast Walk Circle, Las Vegas, Nevada 89117.

3) Diana Marutyan, is a citizen of Nevada, who presently resides at 8928 Coast Walk Circle, Las Vegas, Nevada 89117.

4) Defendant, Las Vegas Metropolitan Police Department (hereinafter referred to as "LVMPD") is a government entity of the State of Nevada. At the time the claims alleged in this complaint arose, this Defendant was acting under the color of state law.

PAGE 1 OF 6

5) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983.

B. NATURE OF CASE

6) On February 6, 2014, an HP glossy black laptop and charger in a business travel bag was given by Ara Marutyan to Detective Robert Garris, P#6426, with the assurance that they would be returned within a couple days; however, to date Detective Robert Garris has failed to return the items to Plaintiffs. When Plaintiffs asked for a receipt Detective Robert Garris refused to provide one.

On February 13, 2014, LVMPD Detective Robert Garris, submitted an Application and Affidavit for Search Warrant under LVMPD Event # 140125-0954, that was signed and approved by a Judge.

Defendant, LVMPD, by and through their police officers, executed the said Search and Seizure Warrant and conducted other related searches at the following described location: 8928 Coast Walk Circle, Las Vegas, Nevada 89117, which is a single family residence occupied by the Plaintiffs.

Defendant, LVMPD, executed Search and Seizure Warrants at the described location on February 13, 2014; March 17, 2014; March 18, 2014; and March 27, 2014. Personal property was seized from the residence on each search, including cash in the amounts of $15,000.00 and $74,662.00 in U.S. Currency, and to date, the cash has not been returned to Plaintiffs.

Defendant, LVMPD, seized more than 100 personal items, including legally purchased and registered firearms, cellular phones, computers, electronic devices and a briefcase with documents such as passports, social security cards, birth certificates, and other legal papers. A detailed inventory of the specific personal property items seized is listed on the Search Warrant Return corresponding to each of the four aforementioned searches.

PAGE 2 OF 6

On April 3, 2014, Defendant, LVMPD, obtained a Search Warrant for the dorm room of Plaintiff, DIANA MARUTYAN, located at Knox College, #33 Williston Hall, 143 W. South Street, Galesburg, Illinois. Defendant, LVMPD, seized a cellular phone from DIANA MARUTYAN.

## C. CAUSE OF ACTION

7) Plaintiffs allege that the following constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of the allegations: Plaintiffs have not been charged with any criminal violation as a result of the subject Search Warrant, searches, or seizures of property.

Plaintiffs, claim a right, interest, and ownership of all the personal items seized by Defendant LVMPD, pursuant to the aforementioned Search Warrants.

Defendant, LVMPD, has been in custody, control, and possession of the seized items referred to above. Furthermore, Defendant, LVMPD, has not commenced any civil forfeiture action in this matter.

In the months of June, July, and August 2014, Plaintiffs made over 100 calls to the Las Vegas Metropolitan Police Department, complying with the Sherriff's office directive to follow the "Chain of Command" speaking with Sergeant Scott, Lieutenant Steiber, Captain Maczala, Deputy Chief Al Salinas, and Undersheriff McMahill, however, Plaintiffs had been unable to meet and speak with, the then, Sheriff Gillespie. Arthur Marutyan wrote letters to Mayor Goodman, Governor Sandoval, Senators Reid and Heller, Congressman Heck, the US Justice Department, and President Barack Obama. Plaintiffs also made a few visits to Clark County Commissioner Sisolak's office, asking for help to get back their documents, passports, and social security cards. Plaintiffs were even told by several police officers to lie to 'Social Security Administration' and to 'U.S. Department of State Bureau of Passport Services' by saying that their passports and social

security cards had been lost or stolen, instead of saying that the police have them in their possession. Doing so is committing a federal crime. Only in September of 2014, after seven months, did they release only our US Passports and social security cards, refusing to release anything else.

Defendant, LVMPD, executed unreasonable or illegal searches and seizures based on a lack of probable cause to support the subject Search Warrants and seizures of property pursuant to the referenced searches, above.

Defendant, LVMPD, seized documents for over six months, preventing Plaintiffs from enrolling in healthcare, required by law through the Affordable Care Act, and nearly forcing Arthur Marutyan to drop out of the University of Nevada Las Vegas due to the lack of financial aid caused by the absence of identification, proving his right as a citizen of the United States. This also hindered opportunities in securing employment as Plaintiff was unable to prove his citizenship. In doing so, LVMPD also violated the freedom of movement, mobility travels, and the right to travel under United States law.

"A citizen of a state in which that citizen is present has the liberty to travel, reside in, and/or work in any part of the state where one pleases within the limits of respect for the liberty and rights of others, and that a citizen also has the right to leave any country, including his own, and to return to his country at any time."

Defendant, LVMPD, has seized legally purchased and registered firearms; no criminal violation charges has been filed as a result of the subject and no forfeiture action has been filed against the said seized firearms, therefore, Defendant, LVMPD, violated the second amendment to the United States Constitution which protects the right of the people to keep and bear arms.

The Defendant, LVMPD, seized more than 100 personal items, including GPS devices, cellular phones, computers, electronic devices, clothing, etc. Again, Plaintiffs have not been

PAGE 4 OF 6

charged with any criminal violations as a result of the seizures of property. Defendant, LVMPD, has not filed any forfeiture action against the said seized property of the Plaintiffs; therefore, Defendant, LVMPD, violated the fifth and fourteenth amendments to the U.S. Constitution.

"No person shall ... be deprived of life, liberty or property without due process of law; nor shall private property be taken for public use, without just compensation." U.S. Const. amend. V.

"No state shall ... deprive any person of life, liberty or property without due process of law...." U.S. Const. amend. XIV.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Currently, Plaintiffs have a complaint against the LAS VEGAS METROPOLITAN POLICE DEPARTMENT in the Clark County District Court under case number A-15-716800-C, which was filed on April 10, 2015. Since April 10, 2015 when the case was opened, Plaintiff Ara Marutyan, had not had a conversation with the police or their attorneys. Additionally, neither the LVMPD nor their attorneys filed any answer, written or verbal, or any type of response regarding the case. The case is being delayed by attorneys using technicalities and through the judge's preferential treatment towards the defendants, which the attorneys are not shy of expressing.

Defendant LVMPD still has not revealed the probable cause for the search warrants, only saying that they were based on a sworn affidavit, which has been sealed. Plaintiffs were told in February of 2014 that we would never uncover what was said in the affidavit or who testified in it.

Plaintiffs were and are the legal and actual owners of the personal property seized by the Defendant, LVMPD, pursuant to the above referenced Search Warrants.

## REQUEST FOR RELIEF

Plaintiffs believe they are entitled to the following relief:

1. For an award of damages caused by emotional distress, harassment, negligence, hardships, and discomfort in an amount in excess of $75,000;

2. For an Order awarding attorney and legal fees and costs to Plaintiffs; and

3. For any other and further relief this Court may deem just in the premises.

Dated this 12 day of May, 2016.

ARA V. MARUTYAN
8928 Coast Walk Circle
Las Vegas, Nevada 89117
Tel: (702) 350-5081
In Proper Person

ARTHUR MARUTYAN
8928 Coast Walk Circle
Las Vegas, Nevada 89117
In Proper Person

DIANA MARUTYAN
8928 Coast Walk Circle
Las Vegas, Nevada 89117
In Proper Person

# Exhibit "A"

Page 1 of 3

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928 COAST WALK CIRCLE

LAS VEGAS NV 89117

was executed on    2-13-14
(month, day, year)

A copy of this inventory was left with    ON-LIVING ROOM CENTER TABLE

at the place of search
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

- BW RECEIPT
- BW RECEIPT
- TOSHIBA LAPTOP WITH CABLE
- CORAL COLOR LADIES TANK TOP
- BLUE DUFFEL BAG W/CLOTHING
  WELLS FARGO MORTGAGE BILL
- HP COMPUTER
  WINCHESTER .32 AMMO BOX W/AMMUNITION
  RED WEEKLY PLANNER
  BANK OF WEST STATEMENT
  BANK OF WEST CALANDER
  PURPLE SUBJECT NOTEBOOK
- BLUE NOTEBOOK BINDER
- WIRIG ORTHODONTICS PAPERWORK

This inventory was made by:    R.williams 5646  , T. MASON 7
Peter Feast 5727

(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

Page _2_ of _3_

# RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928 COAST WALK CIRCLE

LAS VEGAS NV 89117

was executed on ___2-13-14___
(month, day, year)

A copy of this inventory was left with ON LIVING ROOM CENTER TABLE
at the place of search
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

FARGO SAVINGS BOOK
FARGO CHECK BOOK
SAMSUNG CELLULAR BATTERY
WHITE BINDER MISC. PAPERS
CREDIT CARDS STATEMENTS
CELLULAR BOX
PAPERS ON WALL - GUEST BEDROOM
MOBILE LG CELL PHONE
CREDIT CARDS - (4) IRMA MKRTCHYAN , (1) GRAM MARUT...
TITLE IN IRMA MKRTCHYAN NAME
SMITH WESSON .38 PISTOL S# CPL0479
BOX OF 10 AMMO
BRIEF CASE MISC. DOCUMENTS
AMMA IN CASE
.22 CAL. CASING

This inventory was made by: R. williams 5646 , T. MASON 7417
Peter Feary 5427
(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

Page 3 of 3

## RETURN
(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928 COAST WALK CIRCLE

LAS VEGAS NV 89117

was executed on _2-13-14_
(month, day, year)

A copy of this inventory was left with _On LIVING ROOM CENTER TABLE_
_at the place of search_
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:  ARA MARUTIAN
    HAIRBRUSHES                                                    ARTHUR MARUTY
    ALIEN CARDS, SOCIAL SECURITY CARDS, PASSPORT
                        DIANA ARA MARUTYAN # 064861862
                        ARA VAAG  MARUTYAN # 064862197
                        ARTUR ARA  MARUTYAN # 064862466
    BANK RECEIPTS, 5 AMERITRADE RECEIPTS
● COMPAQ LAPTOP w/ CABLE
● MOTOROLA GPS FROM VEHICLE TOYOTA (OBTAINED EVIDENCE FOR A
    ~~~~~~~~~~~~ /REVIEW)                TELEPHONIC WARRANT)
● ARTHUR LETTERS
● PASSPORT
● $74,662 U.S. CURRENCY.

This inventory was made by: _R. WILLIAMS 5846 , T. MASON 7449_
_St Peter Feast 5427_
(at least two officers including affiant if present. If person from which property is taken is present indicate that person.)

LVMPD 718 (REV 5-04)

Page ___/___ of ___/___

# RETURN

(Must be made within 10 days of issuance of Warrant)

*141213-3356*

**The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):**

_____

_____

_____ MX - JHMGE8H30 BS011597 _____

was executed on _____
                              (month, day, year)

A copy of this inventory was left with ____ 2/ 3/ 14 _____

_____
                    (name of person or "at the place of search")

**The following is an inventory of property taken pursuant to the warrant:**

- _____ COPPER _____ _____ SAMSUNG CELLULAR PHONE S/N _____
- _____ SAMSUNG CELLULAR PHONE S/N ROCZC1447 _____
- _____ 152018607 _____
  _____ (240)
- (1) TARGET RECEIPTS - PURCHASED PHONES

This inventory was made by: ___ P. Bordeaux P____ ____
                            ___ P. Denney   # 205 ___
(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV 5-04)

# 1701-14-2854

Page ___1___ of ___

## RETURN
(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928   COAST   WALK   CIRCLE

LAS VEGAS,  NV   89117

was executed on _____ 03/17/14 _____
(month, day, year)

A copy of this inventory was left with _____

AT   THE   PLACE   OF   SEARCH
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

- TOSHIBA  LAPTOP  COMPUTER  W/ MOUSE
  PINK  CELLULAR  PHONE
- WALTHER  P22, 22LR  SEMIAUTO  HANDGUN  IN BOX  SERIAL # Z071416
- TAURUS  PT-25, 25 AUTO  SEMIAUTO  HANGUN  IN BOX  SERIAL # 056752
- RUGER  MARK III  22LR  SEMIAUTO  HANDGUN  IN BOX  SERIAL # 272-90900
- MISC. PAPERWORK
- GPS  DEVICE
- HANDGUN  SILENCER
- REMINGTON  870  12 GAUGE  PUMP  SHOTGUN  IN BOX  SERIAL # AB305932
  SMITH + WESSON  32 AUTO  HANDGUN  BOX  W/ MISC PAPERWORK  SERIAL # [illegible]
- RED  BASEBALL  BAT

This inventory was made by: _____ T6405 I _____

(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

Page _____1_____ of _____1_____

# RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

FROM THE PERSON OF DIANA MARUTHAN    DOB: 02-05-74

SS # 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

was executed on _____ 03-18-14 _____
(month, day, year)

A copy of this inventory was left with _____ AT PLACE OF SEARCH _____

(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

— TOSHIBA LAPTOP MODEL SATELLITE C65SD-35130

This inventory was made by: _____ M79070 _____

D RATZ 1/214

(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

140125-0954

Page __1__ of ____

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

SILVER 2011 HONDA FIT WITH

NEVADA LICENSE PLATE 927-XMX

VIN # JHMGE8H30BS011597

was executed on ___3/17/14___

(month, day, year)

A copy of this inventory was left with _____

AT THE PLACE OF SEARCH

(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

SWABS

This inventory was made by: _____

_____

(at least two officers including officer if present. If person from whom property is taken is present, include that person.)

140125-0954

Page __1__ of ____

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

BLACK 2003 TOYOTA CAMRY WITH NEVADA LICENSE PLATE 600-RJM VIN # 4 T1 BE 32 K 83 U 785824

was executed on ___ 3/17/14 ___
(month, day, year)

A copy of this inventory was left with ____
AT THE PLACE OF SEARCH
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

- FLOOR MAT
- WASH MIT/DUSTER
- BATON - EXPANDABLE
- TASER - PAX 900
- MISC PAPER HAIR/FIBER FROM BATON SWABS

This inventory was made by: ____

(at least two officers including affiant if present. If person(s) from whom property taken is present include that person.)

LVMPD 718 (REV. 5-04)

*Sgt. Scott*
*7413-5766*

Page __1__ of __1__

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928 COAST WALK CIRCLE, LAS VEGAS, NV 89

was executed on _____3-24-14_____

(month, day, year)

A copy of this inventory was left with

"AT PLACE OF SEARCH"

(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

1) $15,000 IN US CURRENCY

This inventory was made by: F. MERRICK    7549

SGT. J. SCOTT    4532

(at least two officers including affiant if present. Signature from whom property taken is present outside that person.)

LVMPD 718 (REV. 5-04)

140125·0954

Page 1 of 1

**RETURN**

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

8928 COAST WALK CIRCLE LYN

was executed on __3·27·14__
(Month, day, year)

A copy of this inventory was left with _____

AT PLACE OF SEARCH
(name of person or "at the place (address)")

The following is an inventory of property taken pursuant to the warrant:

• 2 CELL PHONES FROM PERSON OF SUA MARUTYAN

• 1 APPLE IPHONE FROM PERSON OF ARTHUR MARUTYAN

MONITORING DEVICES FROM 8928 COAST WALK CIRCLE. MONITORING DEVICES FROM TOYOTA CAMRY (N* 600RJM) + HONDA FIT (NV 9277)

This inventory was made by: _____ 2682

4532

(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

Clerks Number -   14-SW- 40

### STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
### KNOX COUNTY

### SEARCH WARRANT

TO:   ALL PEACE OFFICERS OF THE STATE OF ILLINOIS

On this date, **Det. Kevin Legate of the Galesburg Police Dept,** complainant, has subscribed and sworn to a **sealed** Complaint for Search Warrant before me. Upon examination of said Complaint for Search Warrant, I find that it states facts sufficient to show probable cause and reasonable cause for the issuance of this Search Warrant.

Therefore, I command that you search the following dorm room of Diana Marutyan, located at #33 Williston Hall, 143 W. South Street, Galesburg, Illinois, or search Diana Marutyan within the City of Galesburg, Il.

- The above-listed address is a multi-story, dormitory style building located on the grounds of Knox College, and Diana Marutyan is enrolled at Knox College and resides at the dormitory.

and search and seize any of the following from #33 Williston Hall belonging to Diana Marutyan

- Cellular phone with phone number 702-927-0043.

which is/are contraband, or which constitute evidence or fruits of the offense(s) of

### 720 ILCS 5/9-1 Murder
### 720 ILCS 5/10-1 Kidnapping

I further command that a return of everything so seized shall be made without unnecessary delay before me or before any Court of competent jurisdiction.

Time of Issuance:

Date of Issuance:

Judge of the Ninth Judicial Circuit
ORIGINAL

APR - 2 201

KELLY
Clerk of the Cir