ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ARA V. MARUTYAN; ARTHUR MARUTYAN; DIANA MARUTYAN, individuals,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, DOES I through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO. 2:16-cv-1089-MMD-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant Las Vegas Metropolitan Police Department hereby substitutes Robert W. Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of Robert A. Rabbat, Esq. of ENENSTEIN PHAM & GLASS.

LAS VEGAS METROPOLITIAN POLICE DEPARTMENT

By: _[signature]_

...
...
...
...

4818-4160-4437.1

I consent to the above substitution.

Dated this 2nd day of November, 2017.

ENENSTEIN PHAM & GLASS

By _____
Robert A. Rabbat, Esq,
Nevada Bar No. 12633
2960 Howard Hughes Parkway
Suite 280
Las Vegas, NV 89169

I accept the above substitution. I am duly admitted to practice in this District Court.

DATED this 10 day of December, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

APPROVED this 11th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4818-4160-4437.1

2