# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ARA V. MARUTYAN; ARTHUR MARUTYAN; and DIANA MARUTYAN, individuals,

Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOES 1 through 10; and ROE ENTITIES 1 through 10,

Defendants.

Case No. 2:16-cv-01089-MMD-GWF

ORDER

This case has recently been remanded for further proceedings after appeal before the Ninth Circuit Court of Appeals which vacated this Court's decision (ECF No. 55) in part. (ECF No. 66.)

It is therefore ordered that the Clerk of Court reopen this case.

It is further ordered, pursuant to the Ninth Circuit's order, that the Judgment of this Court (ECF No. 58) is vacated in part to allow Plaintiffs Ara V. Marutyan, Arthur Marutyan, and Diana Marutyan to proceed on their Fourteenth Amendment procedural due process claim as alleged in the operative First Amended Complaint. (*See* ECF No. 66 at 3.)

The Court refers this matter to the magistrate judge to establish a scheduling order to allow the case to proceed accordingly.

DATED THIS 23rd day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE