UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARA V. MARUTYAN; ARTHUR MARUTYAN; and DIANA MARUTYAN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOES 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-01089-MMD-EJY<br><br>**ORDER** |

Pursuant to the Court's Order dated October 23, 2019 (ECF No. 69), the undersigned hereby sets a hearing for **Thursday, November 7, 2019 at 9:00 am** in LV Courtroom 3C before Magistrate Judge Elayna J. Youchah to establish a scheduling order in this matter. The parties should be prepared to discuss the specific discovery sought including, but not limited to, the number of depositions to be taken, the number of document requests anticipated, and whether experts are anticipated.

IT IS SO ORDERED.

DATED THIS 25th day of October, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE